AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by ET D.C.
APR - 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA   MIAMI

UNITED STATES OF AMERICA

V.

KENNETH LIEBSHER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   02-20547-CR-HUCK

The Defendant was found not guilty *on all counts*. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

PAUL C. HUCK, U.S.D.J.
Name and Title of Judicial Officer

APRIL 4, 2003
Date

APR - 9 2003

Rec'd in MIA Dkt _____